UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD D. PILAROWSKI,
LISA PILAROWSKI, as the Next
Friend of his Minor Children,
Z. PILAROWSKI, R. PILAROWSKI,
and H. PILAROWSKI,

      Plaintiffs,

                                      Case Number 10-11170
v.                                      Honorable Mark A. Goldsmith

SUSAN WISE, DANIEL WISE, JAMES WISE,
JOANNE WISE, TANYA SCHNABEL, SHELLY,
NAPLES, JUDY VALIN, AND KARA MARTZ,

      Defendants.
_____/

## ORDER GRANTING SECOND EXTENSION OF TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT TANYA SCHNABEL'S MOTION TO DISMISS

On October 14, 2010, the Court entered an Order [DE #35] extending the time for Plaintiffs to file a response (to November 29, 2010) to a motion to dismiss filed by Defendant Tanya Schnabel.

On November 22, 2010, Plaintiff Lisa Pilarowski notified the court that she is still searching for new counsel and another extension of time is needed to respond to Defendant Schnabel's motion to dismiss.

Accordingly, the Court finds that an extension is warranted, and will grant a second extension of time for Plaintiffs to file a response to the motion to dismiss.

1

**IT IS ORDERED,** that Plaintiffs shall file a response to Defendant Tanya Schnabel's Motion to Dismiss by **January 3, 2011.**

Dated: November 29, 2010                    s/Mark A. Goldsmith
                                            HON. MARK A. GOLDSMITH
                                            United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on November 29, 2010.

                                            s/Deborah J. Goltz
                                            DEBORAH J. GOLTZ
                                            Case Manager