UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LISA PILAROWSKI, et al.,

      Plaintiffs,

                                                    Civil Action No. 10-CV-11170

vs.                                                      HON. MARK A. GOLDSMITH

SUSAN WISE, et al.,

      Defendants.
_____/

## ORDER CONCERNING PENDING MOTIONS TO DISMISS

There are three pending motions to dismiss in this case: Defendant Tanya Schnabel's motion to dismiss (D.E. 27), Defendants Daniel and Susan Wise's motion to dismiss (D.E. 29), and Defendants James and Joanne Wise's motion to dismiss (D.E. 36).

The Court has reviewed the motions and determined that a hearing need not be held. The Court will decide the motions on the documents submitted.

SO ORDERED.


Dated: January 11, 2011                                s/Mark A. Goldsmith
                                                                     MARK A. GOLDSMITH
                                                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses and via First Class U.S. mail to Plaintiffs Gerald Pilarowski, Lisa Pilarowski, Zachary Pilarowski, Rachel Pilarowski and Haley Pilarowski at 5450 Nathan East, Sterling Heights, MI 48310 on January 11, 2011.

                                                                                 s/Deborah J. Goltz
                                                                                  DEBORAH J. GOLTZ
                                                                                  Case Manager